# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JESSE JACKSON,** | * |
| Petitioner, | * |
| vs. | * CRIMINAL NO. 07-00148-WS-B |
| | * CIVIL ACTION NO. 16-00639-WS-B |
| **UNITED STATES OF AMERICA,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Jesse Jackson's "Writ of Error Coram Nobis" and supplement thereto (Docs. 216, 220), which the Court construes as a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, be **dismissed with prejudice** as time-barred, and that Jackson is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 7th day of March, **2019.**

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**