IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE JACKSON, # 09881-003,** | * |
| | * |
| Petitioner, | * |
| | * CRIMINAL NO. 07-00148-WS-B |
| vs. | * CIVIL ACTION NO. 20-00096-WS-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 14, 2022 (Doc. 283) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Jesse Jackson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 249), which the Court construes as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, is **DENIED**, that this action is **DISMISSED with prejudice**, and that Jackson is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this 11th day of March, 2022.

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**