IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE JACKSON, # 09881-003,** | * |
| | * |
| Petitioner, | * |
| | * CRIMINAL NO. 07-00148-WS-B |
| vs. | * CIVIL ACTION NO. 20-00096-WS-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Respondent. | * |

## JUDGMENT

In accordance with the Order entered this date denying Petitioner Jesse Jackson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 249), which the Court construes as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Jesse Jackson, and that Petitioner Jackson is not entitled to the issuance of a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE** this 11th day of March, 2022.

                                                      **s/William H. Steele**
                                                      **UNITED STATES DISTRICT JUDGE**